# Alexander G. Scoufis

FINRA | 4600 S. Syracuse St. Suite 1400, Denver, CO 80237
(970) 556-2410 | alexander.scoufis@finra.org

## EXPERIENCE

**FINRA**                                                         Washington, D.C. and Denver, CO
*Assistant General Counsel, Criminal Prosecution Assistance Group*        December 2016 – Present
- Provide substantial assistance to law enforcement and prosecutors enforcing securities laws
- Interpret and explain federal securities laws and FINRA rules to law enforcement and prosecutors
- Provide detailed analysis of financial records
- Create and prepare trial exhibits
- Testify as an expert or summary witness in federal criminal trials
- Attend and present at financial fraud conferences, roundtables, and working group meetings

*Investigator, Office of Fraud Detection and Market Intelligence*        May 2015 – December 2016
- Developed evidence to produce written reports detailing potential insider trading violations for the SEC or FINRA Legal
- Analyzed large quantities of trade data and market factors to determine whether potential insider trading violations occurred under SEC and FINRA rules
- Conducted interviews of registered representatives and requested and reviewed documents and email production from financial firms
- Requested and reviewed background information related to public news announcements from FINRA member firms and NYSE and Nasdaq listed companies
- Mentored and trained new analysts on investigative tools and techniques

*Legal Intern, Criminal Prosecution Assistance Group*        Fall 2014 – Spring 2015
- Assisted law enforcement and prosecutors enforcing securities laws by analyzing trade data and performing legal research and writing
- Prepared charts and potential trial exhibits

**U.S. SECURITIES AND EXCHANGE COMMISSION**        Denver, CO and Washington, D.C.
*Honors Legal Intern, Division of Enforcement*        Summer 2014
- Assisted investigations into potential auditor fraud by researching and summarizing past administrative law decisions
- Conducted legal research and drafted a memoranda on "advice of a professional" defense

*Honors Legal Intern, Division of Enforcement*        Spring 2014
- Conducted legal research and drafted memoranda regarding Rule 10b-5 violations
- Analyzed contracts between broker-dealers and their clients

**OTTERBOX**        Fort Collins, CO
*Legal Intern*        Summer 2013
- Assisted in developing and implementing an FCPA compliance program

## EDUCATION

**THE GEORGE WASHINGTON UNIVERSITY LAW SCHOOL**        Washington, DC
Juris Doctor, *with honors*        May 2015
- Relevant Coursework: Securities Regulation ('33 Act and '34 Act), Regulation of Mutual Funds (Investment Company Act of 1940 and Investment Advisers Act of 1940), Banking Law, Regulation of Derivatives, Corporate Finance, Corporations, and Administrative Law

**COLORADO STATE UNIVERSITY**        Fort Collins, CO
Bachelor of Arts, *cum laude*, in Political Science; minor in Economics        May 2012

## Licenses and Certifications

- Admitted to practice law in Maryland
- Certified Regulatory and Compliance Professional (CRCP)

EXHIBIT
B

EXP_00000001