IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 23-cr-00472-DDD-1

UNITED STATES OF AMERICA,

      Plaintiff,

v.


1.     **CHRISHEENA SHANTE MCGEE,
a/k/a CHRISTINA MARIUS**

2.     SANDRA PIERCE BACON

      Defendants.

---

### Notice of Disposition

---

Defendant Chrisheena McGee, through undersigned counsel, hereby gives notice that the parties have reached a disposition in this case. Counsel and defendant respectfully request a change of plea hearing be set and that the trial date be vacated.

      Dated: December 4, 2025.

                  Respectfully submitted,

                  *s/Marci G. LaBranche*
                  Marci G. LaBranche
                  STIMSON LABRANCHE HUBBARD, LLC
                  1652 Downing Street
                  Denver, CO 80218
                  Phone/Fax:  720.689.8909
                  Email:  labranche@slhlegal.com

                  *Attorney for Chrisheena McGee*

1

**Certification of Compliance:** I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

*s/ Marci G. LaBranche*
Marci G. LaBranche

## Certificate of Service

I certify that on December 4, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Craig Gordon Fansler
Assistant United States Attorney
U.S. Attorney's Office – Denver
1801 California Street, Ste. 1600
Denver, CO 80202
craig.fansler2@usdoj.gov

Bryan D. Fields
Assistant United States Attorney
U.S. Attorney's Office – Denver
1801 California Street, Ste. 1600
Denver, CO 80202
bryan.fields3@usdoj.gov

*s/ Nancy Hickam*
Nancy Hickam, Paralegal