**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff | ) | Criminal Case 23CR472 |
| | ) | |
| v. | ) | Status Hearing:  June 2, 2026 |
| | ) | |
| SANDRA PIERCE BACON | ) | Chief Judge Daniel D. Domenico |
| Defendant | ) | |

**UNOPPOSED MOTION TO ALLOW VIRTUAL APPEARANCE**

Defendant Sandra Pierce Bacon, by and through her counsel, hereby files with this Honorable Court a motion to allow her counsel to appear by video teleconference ("VTC") at the status hearing set for June 2, 2026.

The grounds for this motion are:

1.  The United States does not oppose Ms. Bacon's motion.

2.  On April 7, 2026, this Court conducted a hearing (ECF Doc. 118) on Ms. Bacon's motion (Doc. 61) to determine her competency to stand trial.  After hearing testimony from Ms. Bacon and her husband and the argument of the parties, the Court took the motion under advisement and instructed the parties to agree on experts to examine Ms. Bacon and review her medical records.

3.  On May 11, 2026, this Court issued an order (Doc. 123) granting Ms. Bacon's unopposed motion (Doc. 122) to continue the June 1, 2026, jury trial, which is now set for October 19, 2026.

4.  In a May 11, 2026, Minute Entry, this Court set a status hearing for June 2, 2026 (2:30P MT).

2

5.  The parties have been working diligently and in good faith on retaining two experts (an oncologist and a psychiatrist) to examine Ms. Bacon, who is expected to make a decision on both experts by May 29, 2026.  The United States has agreed to the experts.

6.  On June 1-2, 2026, in the U.S. Attorney's Office in Alexandria, Virginia, lead counsel Gene Rossi has an in-person proffer session scheduled in a significant criminal matter among his client and the federal prosecutors, who had scheduling issues and wished to have the proffer as soon as possible.  On June 2, the proffer session ends at 1:00P MT, which would allow undersigned counsel to attend a status hearing before this Court via VTC.

7.  If lead counsel is required to attend the status hearing in-person, he would have to miss both days of the proffer session, plus incur the costs of travel and the like for Ms. Bacon.

### Conclusion

WHEREFORE, Ms. Bacon respectfully asks this Honorable Court to allow counsel for Ms. Bacon to attend the June 2 hearing via VTC.

Wednesday, May 27, 2026             Respectfully submitted,

                                    _____/s/Rossi_____

                                    Gene Rossi, Esquire
                                    Pro Hac Vice
                                    Carlton Fields, PA
                                    Suite 800
                                    1625 Eye Street, NW
                                    Washington, DC 20006-4064
                                    Telephone: 202-965-8119
                                    Cell: 703-627-2856
                                    Email: grossi@carltonfields.com

3

Thomas M. Findley, Esquire
Pro Hac Vice
Carlton Fields, PA
Suite 500
215 South Monroe Street
Tallahassee, FL 32301
Telephone: 850-425-3389
Email: tfindleyi@carltonfields.com

*Attorneys for Sandra Pierce Bacon*

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the Defendant's **<u>UNOPPOSED MOTION TO ALLOW</u>**

**<u>VIRTUAL APPEARANCE</u>**  was filed with the Clerk of the Court via ECF on May 27,

2026.

Respectfully submitted,

_____/s/_____

Gene Rossi, Esquire

4